IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA WILKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | Case No. 1:07-cv-01124 OWW TAG<br><br>ORDER DENYING REQUEST FOR EXTENSION OF TIME<br>(Doc. 21) |

  On July 3, 2008, Plaintiff Lisa Wilkins and Defendant Michael J. Astrue, through their respective attorneys, filed a stipulation for an order extending the time for Defendant to file his responsive brief to Plaintiff's motion for summary judgment. (Doc. 21). Defendant's responsive brief is due on July 9, 2008. (Doc. 18).

  On August 2, 2007, Plaintiff filed a complaint seeking judicial review of an administrative decision denying her claim for benefits under the Social Security Act. (Doc. 2). This Court's August 3, 2007, Scheduling Order required Plaintiff to file and serve an opening brief within 30 days of the letter brief of the Social Security Administration ("SSA"), and further mandated that Defendant's responsive brief be field and served 30 days thereafter. (Doc. 7).

  On March 28, 2008, this Court issued an Order to Show Cause ("OSC") directing Plaintiff to explain why her opening brief, which was due on February 29, 2008, had not been filed. (Doc. 17). On May 19, 2008, the Court vacated the OSC and amended the Scheduling Order. (Doc. 18). The May 19 Order directed Plaintiff to file her opening brief on or before June 9, 2008, and specified that

1

1  "[n]o extensions of time to file the opening, responsive, or reply briefs will be granted."  (Doc.
2  18(2)(A), (B)(14)).
3      Based on the foregoing,
4      IT IS HEREBY ORDERED that the request to extend the time for Defendant to file his
5  responsive brief is DENIED.

7  IT IS SO ORDERED.
8  Dated:  **July 7, 2008**                                          **/s/ Theresa A. Goldner**
                                                        UNITED STATES MAGISTRATE JUDGE

2