1

2

3

4

5

6

7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

8   LISA WILKINS,                                                    1:07-cv-01124-OWW-TAG

9                               Plaintiff,              ORDER ADOPTING FINDINGS AND
                                                        RECOMMENDATIONS ON PLAINTIFF'S
10                     vs.                              SOCIAL SECURITY COMPLAINT
                                                        (Doc. 24)
11   COMMISSIONER OF SOCIAL
12   SECURITY,                                          ORDER DIRECTING THE CLERK TO
                                                        ENTER JUDGMENT FOR DEFENDANT
13                                                      AND AGAINST PLAINTIFF AND TO
                                                        CLOSE THIS MATTER
14                               Defendant.

15   _____/

16          Plaintiff Lisa Wilkins ("Plaintiff"), through counsel, filed a complaint seeking judicial

17   review of an administrative decision denying her claim for Supplemental Security Income under

18   Title XVI of the Social Security Act, 42 U.S.C. § 1381 et seq.  (Doc. 2).

19          On August 13, 2008, the Magistrate Judge filed Findings and Recommendations which

20   were served on the parties and contained notice that any objections to the Findings and

21   Recommendations were to be filed within eleven days of the date of service.  (Doc. 24).  On

22   August 22, 2008, Plaintiff's counsel filed written objections.  (Doc. 25).  On August 26, 2008,

23   Defendant filed a Reply to those objections.  (Doc. 26).

24          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil

25   Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case.

26   Having carefully reviewed the entire file, the Court finds the Findings and Recommendations

27   filed on August 13, 2008, to be supported by the record and by the Magistrate Judge's analysis.

28          Accordingly, IT IS HEREBY ORDERED that:

1

1          1.   The Findings and Recommendations, filed August 13, 2008 (Doc. 24), are

2    ADOPTED IN FULL; and

3          2.   The Plaintiff's Social Security complaint (Doc. 2), is DENIED; and

4          3.   The Clerk of Court is DIRECTED to enter judgment for Defendant

5    and against Plaintiff, and to close this action

6    IT IS SO ORDERED.

7    **Dated:     September 9, 2008**                     **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28